UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWANDA COOPER,

    Plaintiff,

v.   Case No. 14-cv-12346

FORD MOTOR CO.,

    Defendant.
                                      /

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendants' Motion to Dismiss" dated November 14, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered against Plaintiff Lawanda Cooper and in favor of Defendant Ford Motor Co.

Dated at Detroit, Michigan, this 14th day of November 2014.

                                            DAVID J. WEAVER
                                          CLERK OF THE COURT

                                          s/ Lisa Wagner
                                  By:  Lisa Wagner, Case Manager
                                     to Judge Robert H. Cleland